UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

NEFATERIA DENISE FERGUSON,

        Defendant.

_____/

        **INDICTMENT**

The Grand Jury charges:

### False Information and Hoaxes

On or about April 22, 2025, in Ingham County, in the Western District of Michigan, Southern Division, and elsewhere,

**NEFATERIA DENISE FERGUSON**

intentionally conveyed false and misleading information, that is, that there was a bomb at the Capitol Area Transit Authority ("CATA") transit center, under circumstances where such information may reasonably have been believed, that indicated that an activity was taking and would take place, that would constitute a violation of Title 18, United States Code, Chapter 40 (Explosive Materials), specifically, a violation of 18 U.S.C. § 844(i) (malicious damage or destruction by means of explosives); and Chapter 113B (Terrorism), specifically, a violation of 18 U.S.C. § 2332f(a)(1) (bombings of places of public use).

Specifically, the defendant called the CATA transit center in Lansing, Michigan and said, "I just wanted to let you guys know it's a bomb at the bus station." As a result of the false and

misleading information, CATA evacuated their building and called in the Lansing Police

Department to search for a bomb.

18 U.S.C. § 1038(a)(1)
18 U.S.C. § 1038(a)(1)(A)

A TRUE BILL

[ /s/ Redacted ]

GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

NILS R. KESSLER
Assistant United States Attorney